1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11 CAMARAY CARTER,                          ) NO. CV 12-05184 SS
                                            )
12            Petitioner,                   )
                                            )
13        v.                                )         **JUDGMENT**
                                            )
14 ELVIN VALENZUELA, Acting Warden,         )
                                            )
15            Respondent.                   )
   _____)
16

17

18     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed
19 without prejudice.

20

21 DATED: July 9, 2012

22                                          /S/
                                     _____
23                                   SUZANNE H. SEGAL
                                     UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28