**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAMARAY CARTER, | ) NO. CV 12-05184 SS |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| ELVIN VALENZUELA, Acting Warden, | ) |
| Respondent. | ) |

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 9, 2012

/S/
_____
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE